# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**TERRY IVY**                                                                           **PLAINTIFF**

**V.**                     **CASE NO.: 5:18-CV-5204**

**NANCY A. BERRYHILL, Commissioner**
Security Administration                                             **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 20) filed in this case on May 10, 2019, by the Honorable Erin L. Wiedemann, Chief United States Magistrate Judge for the Western District of Arkansas. The Commissioner has filed an unopposed motion to reverse the decision of the ALJ and remand the case for further administrative action. The Court has reviewed the matter and agrees with the Magistrate Judge that the motion should be granted.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 20) is **ADOPTED IN ITS ENTIRETY.** The Commissioner's Unopposed Motion to Remand (Doc. 18) is hereby **GRANTED**, and this case is **REMANDED** for further administrative action pursuant to sentence four of section 405(g).

**IT IS SO ORDERED** on this 13th day of May, 2019

                                                         /s/ Timothy L. Brooks
                                                         TIMOTHY L. BROOKS
                                                         UNITED STATES DISTRICT JUDGE